IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-02278-LTB-MJW

TIMOTHY MASTERS,

    Plaintiff,

v.

TERRENCE A. GILMORE, Former Deputy District Attorney of the Eighth Judicial District, in his individual and official capacities;
JOLENE C. BLAIR, Former Deputy District Attorney of the Eighth Judicial District, in her individual and official capacities;
JAMES BRODERICK, Lieutenant in the Fort Collins Police Department, in his individual and official capacities;
MARSHA REED, Former Detective in the Fort Collins Police Department, in her individual and official capacities;
DENNIS V. HARRISON, Chief of the Fort Collins Police Department, in his individual and official capacities;
CITY OF FORT COLLINS, a municipality;
STUART VANMEVEREN, Former District Attorney of the Eighth Judicial District, in his individual and official capacities;
LARRY ABRAHAMSON, District Attorney of the Eighth Judicial District, in his official capacity;
EIGHTH JUDICIAL DISTRICT OF COLORADO,

    Defendants.
_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


    Defendant Jolene Blair's Unopposed Motion for Leave to File Supplement to Her Motion to Dismiss (Doc 49 - filed February 6, 2009) is **GRANTED** and the Supplement is accepted for filing.



Dated: February 9, 2009
_____