IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02278-LTB-KLM

TIMOTHY MASTERS,

    Plaintiff,

v.

TERRENCE A. GILMORE, Former Deputy District Attorney of the Eighth Judicial District, in his individual and official capacities;
JOLENE C. BLAIRE, Former Deputy District Attorney of the Eighth Judicial District, in her individual and official capacities;
JAMES BRODERICK, Lieutenant in the Fort Collins Police Department, in his individual and official capacities;
MARSHA REED, Former Detective in the Fort Collins Police Department, in her individual and official capacities;
DENNIS V. HARRISON, Chief of the Fort Collins Police Department, in his individual and official capacities;
CITY OF FORT COLLINS, a municipality;
STUART VANMEVEREN, Former Deputy District Attorney of the Eighth Judicial District, in his individual and official capacities;
LARRY ABRAHAMSON, District Attorney of the Eighth Judicial District, in his official capacity;
EIGHTH JUDICIAL DISTRICT OF COLORADO,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion to Vacate Scheduling Conference of April 14, 2009** [Docket No. 80; filed April 7, 2009] (the "Motion").  As grounds for the Motion, Defendants note that there is a Motion to Stay pending before the District Court Judge.  Plaintiff opposes the Motion to Vacate.

    Although the Court recognizes Plaintiff's right and apparent desire to proceed expeditiously with his case, holding a scheduling conference to set case deadlines may be wasteful of the parties', counsels' and Court's time if the Motion to Stay is granted in whole or in part.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The scheduling

conference set for April 14, 2009 at 1:30 p.m. is **vacated**.  The scheduling conference will be reset as appropriate after the Court's ruling on the Motion to Stay.

Dated:  April 9, 2009