# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  08-cv-02278-LTB-MJW

TIMOTHY MASTERS,

    Plaintiff,

v.

TERRENCE A. GILMORE, Former Deputy District Attorney of the Eighth Judicial District, in his individual and official capacities;

JOLENE C. BLAIR, Former Deputy District Attorney of the Eighth Judicial District, in her individual and official capacities;

JAMES BRODERICK, Lieutenant in the Fort Collins Police Department, in his individual and official capacities;

MARSHA REED, Former Detective in the Fort Collins Police Department, in her individual and official capacities;

DENNIS V. HARRISON, Chief of the Fort Collins Police Department, in his individual and official capacities;

CITY OF FORT COLLINS, a municipality;

STUART VANMEVEREN, Former District Attorney of the Eighth Judicial District, in his individual and official capacities;

LARRY ABRAHAMSON, District Attorney of the Eighth Judicial District, in his official capacity;

EIGHTH JUDICIAL DISTRICT OF COLORADO,

    Defendants.

---

**ORDER**

---

Upon Defendants Terence A. Gilmore, Jolene C. Blair, Stuart VanMeveren, Larry Abrahamson, and the Eighth Judicial District of Colorado's Motion for Clarification and to

Apply Motions to Dismiss to Amended Complaint (Doc 90 - filed April 28, 2009), it is

ORDERED that the Motion is GRANTED and the Court will apply Defendants' pending Motions to Dismiss, and the reply briefs in support thereof which are due on May 1, 2009, to Plaintiff's Amended Complaint, rather than denying the Motions to Dismiss as moot and requiring the filing of new responses to the Amended Complaint.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   April 29, 2009