IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 08-cv-02278 - LTB - KLM

TIMOTHY MASTERS,

 Plaintiff,

v.

TERENCE A. GILMORE, Former Deputy District Attorney of the Eight Judicial District, in his individual and official capacities;
JOLENE C. BLAIR, Former Deputy District Attorney of the Eight Judicial District, in her individual and official capacities;
JAMES BRODERICK, Lieutenant of the Fort Collins Police Department, in his individual and official capacities;
MARSHA REED, Former Detective in the Fort Collins Police Department, in her individual and official capacities;
CITY OF FORT COLLINS, a municipality;
STUART VANMEVEREN, Former District Attorney of the Eight Judicial District, in his individual and official capacities;
LARRY ABRAHAMSON, District Attorney of the Eight Judicial District, in his official capacity;
EIGHTH JUDICIAL DISTRICT OF COLORADO, a political subdivision of the State of Colorado;
BOARD OF COUNTY COMMISSIONERS OF LARIMER COUNTY, a political subdivision of the State of Colorado; and
LARIMER COUNTY, a county,

 Defendants.

___

## ORDER

___

 For the reasons set forth on the record at the hearing held on June 25, 2009, IT IS

HEREBY ORDERED as follows:

 1. Defendants' Motion to Stay All Proceedings Pending Immunity Determinations [Doc

# 34] is GRANTED IN PART and DENIED IN PART;

 2. Discovery and all other proceedings not relating to the pending motions to dismiss

shall be stayed as to Defendants Terence A. Gilmore, Jolene C. Blair, Stuart VanMeveren, Larry Abrahamson, and the Eighth Judicial District only; and

   3.  A hearing on all pending motions to dismiss shall be held on **Thursday, August 20, 2009, commencing at 9:00 a.m.**

Dated: June   25  , 2009 in Denver, Colorado.

             BY THE COURT:

               s/Lewis T. Babcock
             LEWIS T. BABCOCK, JUDGE