**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**OFFICE OF THE CLERK**

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

# MEMORANDUM

TO: File 08-cv-02278-LTB-KLM
FROM: Sandra Hartmann

SUBJECT: Sealing of Proposed Scheduling Order  (Document #172)

DATE: January 27, 2010

     Pursuant to the instruction of Magistrate Judge Kristen L. Mix's Chambers on January 27, 2010 , docket entry  # 172, was sealed.