IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 08-cv-02278- LTB - KLM

TIMOTHY MASTERS,

    Plaintiff,

v.

TERENCE A. GILMORE, Former Deputy District Attorney of the Eight Judicial District, in his individual capacity;
JOLENE C. BLAIR, Former Deputy District Attorney of the Eight Judicial District, in her individual capacity;
JAMES BRODERICK, Lieutenant of the Fort Collins Police Department, in his individual and official capacities;
MARSHA REED, Former Detective in the Fort Collins Police Department, in her individual capacity;
DENNIS V. HARRISON, Chief of the Fort Collins Police Department, in his individual and official capacities;
CITY OF FORT COLLINS, a municipality;
STUART VANMEVEREN, Former District Attorney of the Eight Judicial District, in his individual capacity;
LARRY ABRAHAMSON, District Attorney of the Eight Judicial District, in his official capacity;
EIGHTH JUDICIAL DISTRICT OF COLORADO, a political subdivision of the State of Colorado;

    Defendants.
_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal of Defendant Terence A. Gilmore With Prejudice (Doc 175 - filed February 26, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Terence A. Gilmore only,** each party to pay their own fees and costs.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE

DATED: March 1, 2010