IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 08-cv-02278- LTB - KLM

TIMOTHY MASTERS,

    Plaintiff,

v.

TERENCE A. GILMORE, Former Deputy District Attorney of the Eight Judicial District, in his individual capacity;
JOLENE C. BLAIR, Former Deputy District Attorney of the Eight Judicial District, in her individual capacity;
JAMES BRODERICK, Lieutenant of the Fort Collins Police Department, in his individual and official capacities;
MARSHA REED, Former Detective in the Fort Collins Police Department, in her individual capacity;
CITY OF FORT COLLINS, a municipality;
STUART VANMEVEREN, Former District Attorney of the Eight Judicial District, in his individual capacity;
LARRY ABRAHAMSON, District Attorney of the Eight Judicial District, in his official capacity;
EIGHTH JUDICIAL DISTRICT OF COLORADO, a political subdivision of the State of Colorado,

    Defendants.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal of Defendants Vanmeveren, Abrahamson and Eighth Judicial District of Colorado, (Doc No. 185), filed March 18, 2010, and the Court being fully advised in the premises, it is therefore,

ORDERED that this matter shall be DISMISSED WITH PREJUDICE as to

Defendants Stuart Vanmevern, Larry Abrahamson, and Eighth Judicial District of Colorado, with prejudice, each party to pay their own costs, expenses and attorneys' fees.

BY THE COURT:

　s/Lewis T. Babcock　
LEWIS T. BABCOCK, JUDGE

DATED: March 19, 2010