IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02278-LTB-KLM

TIMOTHY MASTERS,

    Plaintiff,

v.

TERENCE A. GILMORE, Former Deputy District Attorney of the Eighth Judicial District, in his individual capacity;
JOLENE C. BLAIR, Former Deputy District Attorney of the Eighth Judicial District, in her individual capacity;
JAMES BRODERICK, Lieutenant in the Fort Collins Police Department, in his individual and official capacities;
MARSHA REED, Former Detective in the Fort Collins Police Department, in her individual capacity;
DENNIS V. HARRISON, Chief of the Fort Collins Police Department, in his individual and official capacities;
CITY OF FORT COLLINS a municipality;
STUART VANMEVEREN, Former District Attorney of the Eighth Judicial District, in his individual capacity;
LARRY ABRAHAMSON, District Attorney of the Eighth Judicial District, in his official capacity;
EIGHTH JUDICIAL DISTRICT OF COLORADO, a political subdivision of the State of Colorado,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

The Plaintiff Timothy Masters and the Defendant City of Fort Collins have filed a Joint Stipulated Motion for Dismissal With Prejudice. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that Plaintiff Timothy Masters' claims against Defendant City of Fort Collins should be dismissed with prejudice. The court also concludes because all of the other claims of the Plaintiff against all of the other Defendants have

been dismissed, it is appropriate for the court to dismiss this action.

THEREFORE IT IS ORDERED as follows:

1. That the Joint Stipulated Motion for Dismissal With Prejudice is APPROVED; and

2. That Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE, each party to pay his own attorneys fees and costs; and

3. Since all of the Plaintiff's claims against all of the Defendants have now been dismissed, this action is dismissed.

Dated this 24th day of June, 2010.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock
United States District Judge